UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CRYSTAL D. PETERS, individually           CIVIL ACTION
and on behalf of her minor child,
LOGAN RICHARDSON

VERSUS

FIRST NATIONAL INSURANCE               08-543-B-M2
COMPANY OF AMERICA, ET AL

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

The plaintiff, Crystal D. Peters, individually and on behalf of her minor child, Logan Richardson, having submitted a revised stipulation[1] in accordance with this report advising the Court that no individual plaintiff's claim will exceed the sum of $75,000.00,

IT IS ORDERED that the plaintiff's motion to remand[2] shall be GRANTED, and this matter shall be REMANDED to the 23rd Judicial District Court, Parish of Ascension, State of Louisiana, for further proceedings. Any attempt by the plaintiffs to seek or accept any sum in excess of $75,000.00 in state court shall result in a sanction being imposed against the plaintiff and plaintiff's

---

[1] Rec. Doc. No. 13.

[2] Rec. Doc. No. 10.

Doc#45840

counsel in a sum which exceeds the $75,000.00 cap.  Also counsel may be suspended or removed from the Bar of this Court.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 11, 2009.

                                        FRANK J. POLOZOLA
                                        MIDDLE DISTRICT OF LOUISIANA

Doc#45840